1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10

11 NATHAN VAN MILLER,                    )   NO. CV 08-3978 DOC (FMO)
                                        )
12              Plaintiff,              )
                                        )
13         v.                           )   **ORDER TO SHOW CAUSE**
                                        )
14 LEE BACA, et al.,                    )
                                        )
15              Defendants.             )
                                        )
16  ─────────────────────────────

17         On June 24, 2008, plaintiff, proceeding pro se, filed a Civil Rights Complaint ("Complaint")

18 pursuant to 42 U.S.C. § 1983.  On August 26, 2008, plaintiff filed a First Amended Complaint

19 ("FAC").  On October 6, 2008, the Court's Order granting plaintiff an extension of time to file his

20 Notice of Submission, filed on September 26, 2008, was returned to the court undelivered and

21 marked "Unknown at this address."  Pursuant to Local Rule 41-6, plaintiff has an obligation to keep

22 the court advised of a current address throughout the duration of his lawsuit.  Plaintiff is advised

23 that his failure to comply with his continuing obligation to keep the court apprised of a current

24 mailing address, and any failure by plaintiff to comply with a court order because petitioner did not

25 receive the order due to plaintiff's failure to inform the court of a current mailing address, could

26 result in his case being dismissed for failure to obey the orders of this court and/or for want of

27 prosecution.  See Local Rule 41-6 ("If mail directed by the Clerk to a *pro se* plaintiff's address of

28 record is returned undelivered by the Postal Service, and if, within fifteen (15) days of the service

1  date, such plaintiff fails to notify in writing, the Court and opposing parties of said plaintiff's current

2  address, the Court may dismiss the action with or without prejudice for want of prosecution.").

3      Based on the foregoing, IT IS ORDERED THAT:

4      1.    Plaintiff shall file with the court a Notice of Change of Address no later than

5  **November 6, 2008**.

6      2.    **Plaintiff's failure to timely comply with this Order or with his continuing**

7  **obligation to keep the court apprised of a current mailing address, may result in this case**

8  **being dismissed for failure to obey the orders of this court and/or for want of prosecution.**

9  Dated this 8th day of October, 2008.

10

11                                      /s/
                                  Fernando M. Olguin
12                            United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28