# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN VAN MILLER, | NO. CV 08-3978 DOC (FMO) |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| LEE BACA, et al., | |
| Defendants. | |

On June 24, 2008, plaintiff, proceeding pro se, filed a Civil Rights Complaint pursuant to 42 U.S.C. § 1983. On August 26, 2008, plaintiff filed a First Amended Complaint ("FAC"). On April 7, 2010, the court's Order Directing Personal Service of Process by the United States Marshal, filed on September 30, 2009,[1] was returned to the court undelivered and marked "Not deliverable as addressed, unable to forward." On May 24, 2010, the court's Order Re: Defendants' Motion for Summary Judgment, filed on January 25, 2010, was also returned undelivered and marked "Not deliverable as addressed, unable to forward." Pursuant to Local Rule 41-6, plaintiff has an obligation to keep the court advised of a current address throughout the duration of his lawsuit. Plaintiff is advised that his failure to comply with his continuing obligation to keep the court apprised of a current mailing address and/or his failure to comply with a court

---

[1] The court subsequently vacated this Order. (See Court's Order of October 2, 2009).

order because he did not receive the order, could result in his case being dismissed for failure to obey the orders of this court and/or for want of prosecution. <u>See</u> Local Rule 41-6 ("If mail directed by the Clerk to a *pro se* plaintiff's address of record is returned undelivered by the Postal Service, and if, within fifteen (15) days of the service date, such plaintiff fails to notify, in writing, the Court and opposing parties of said plaintiff's current address, the Court may dismiss the action with or without prejudice for want of prosecution.") (italics in original).

Based on the foregoing, IT IS ORDERED THAT:

1. Plaintiff shall file with the court a Notice of Change of Address no later than **June 10, 2010**.

2. **Plaintiff's failure to timely comply with this Order or with his continuing obligation to keep the court apprised of a current mailing address, may result in this case being dismissed for failure to obey the orders of this court and/or for want of prosecution.**

Dated this 27th day of May, 2010.

/s/
Fernando M. Olguin
United States Magistrate Judge