# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN VAN MILLER, | NO. CV 08-3978 DOC (FMO) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| LEE BACA, et al., | |
| Defendants. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: June 21, 2010.

*/s/ David O. Carter*

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE